ORIGINAL FILED
07 AUG 17 AM 11:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

JL

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

MARK C. HANSEN
mhansen@khhte.com
REBECCA A. BEYNON
rbeynon@khhte.com
KEVIN B. HUFF
khuff@khhte.com
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999

Attorneys for Plaintiffs
PENN ENGINEERING &
MANUFACTURING CORP.,
and PEM MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PENN ENGINEERING & MANUFACTURING CORP., a Delaware corporation, and PEM MANAGEMENT, INC., Delaware corporation,

        Plaintiffs,

vs.

PENINSULA COMPONENTS, INC., a California corporation,

        Defendant.

Case No. C07 04231

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16

---

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Tinicum Capital Partners II, LP.

Tinicum Capital Partners II Parallel Fund L.P.

Tincium Lantern II L.L.C.

Putnam Crafts

Eric Ruttenberg

Terence O'Toole

Charles Grigg

Robert Kelly

Seth Hendon

Trip Zedlitz

William Shockley

Dated: August 16, 2007

BERGESON, LLP

By: _____
Donald P. Gagliardi
Attorneys for Plaintiffs
PENN ENGINEERING &
MANUFACTURING CORP.,
and PEM MANAGEMENT, INC.

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.

MARK C. HANSEN
REBECCA A. BEYNON
KEVIN B. HUFF
Attorneys for Plaintiffs
PENN ENGINEERING &
MANUFACTURING CORP.,
and PEM MANAGEMENT, INC.

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No.