AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Northern__ DISTRICT OF California

Penn Engineering & Manufacturing Corp., a
Delaware corporation and PEM Management,
Inc., a Delaware corporation

                    Plaintiffs

           V.

Peninsula Components, Inc., a California
corporation

                    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C07 04231 JL

E-FILING

**TO:** (Name and address of defendant)
Peninsula Components, Inc.
1300 Industrial Road
Suite 21
San Carlos, CA 94070

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

Daniel J. Bergeson, Esq.
Donald P. Gagliardi, Esq.
Melinda M. Morton, Esq.
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____      __8-17-07__
CLERK                                                  DATE

_____
(BY) DEPUTY CLERK

AO-440

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                                                    Signature of Server

                                                                         _____
                                                                         Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
DONALD P. GAGLIARDI, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200

Attorney for: Plaintiff

FILED
07 AUG 23 PM 3:03
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., ET AL.<br><br>　　　　　　　　　　　Plaintiff.<br><br>PENINSULA COMPONENTS, INC.<br><br>　　　　　　　　　　　Defendant. | CASE NUMBER<br>C07 04231 JL<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT, TRADEMARK INFRINGEMENT AND COUNTERFEITING; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGE'S IN THE NORTHERN DISTRICT OF CALIFORNIA


in the within action by personally delivering true copies thereof to the person served as follows:

　　　　Served　　　　　　　　: PENINSULA COMPONENTS, INC.

　　　　By Serving　　　　　　:Nancy Wong, Finance Director / Authorized To Accept
　　　　　　　　　　　　　　　　　Service Of Process
　　　　Address　　　　　　　: ( Business ) PENINSULA COMPONENTS, INC.

　　　　　　　　　　　　　　　　1300 Industrial Road. Suite 21
　　　　　　　　　　　　　　　　San Carlos, Ca 94070
　　　　Date of Service　　　: August 21, 2007

　　　　Time of Service　　　: 3:15PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 21, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

　　　　　　　　　　　　　　　　　　　　　Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID NORIEGA

DONALD P. GAGLIARDI, ESQ.
BERGESON, LLP
303 ALMADEN BOULEVARD, 5TH FLOOR
SAN JOSE, CA 95113
Telephone: (408) 291-6200
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : PENN ENGINEERING & MANUFACTURING CORP., ET AL.
Defendant : PENINSULA COMPONENTS, INC.

Ref # 80775217       **DECLARATION OF MAILING**       Case No. C07 04231 JL

At the time of service I was at least eighteen years of age and not a party
to this action, and I served copies of the:
 SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT, TRADEMARK
 INFRINGEMENT AND COUNTERFEITING; CIVIL COVER SHEET; CERTIFICATION OF
 INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16; ORDER SETTING
 INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR
 ALL JUDGE'S IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by placing true copies thereof in a sealed envelope
with first class postage fully prepaid thereon in the United States mail
at San Jose, California, addressed as follows:


                    PENINSULA COMPONENTS, INC.

                    ( Business ) PENINSULA COMPONENTS, INC.
                    1300 Industrial Road, Suite 21
                    San Carlos, Ca 94070

                    Date of mailing: August 21, 2007



Person serving:                    Fee for service:
ROBINA ALVES                       Registered California process server.
                                   (1) Employee or independent contractor.
County Legal & Notary Service      (2) Registration no.:1029
255 N. Market Street, Suite 246    (3) County: SANTA CLARA
San Jose, California 95110
Telephone: (408) 295-2700

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.


Date: August 21, 2007              Signature: *Robina Alves*