DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

MARK C. HANSEN
mhansen@khhte.com
REBECCA A. BEYNON
rbeynon@khhte.com
KEVIN B. HUFF
khuff@khhte.com
KELLOGG, HUBER, HANSEN, TODD,
    EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:   (202) 326-7999

Attorneys for Plaintiffs
PENN ENGINEERING &
MANUFACTURING CORP.,
and PEM MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., a Delaware corporation, and PEM MANAGEMENT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PENINSULA COMPONENTS, INC., a California corporation, <br><br> Defendant. | Case No. C 07-04231 JL <br><br> **PLAINTIFFS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1   The undersigned parties hereby decline to consent to the assignment of this case to a

2   United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

3   this case to a United States District Judge.

4

5   Dated:  September 6, 2007                    BERGESON, LLP

6
                                          By:_____/s/_____
7                                              Donald P. Gagliardi
                                               Attorneys for Plaintiffs
8                                              PENN ENGINEERING &
                                               MANUFACTURING CORP.,
9                                              and PEM MANAGEMENT, INC.

10
                                               KELLOGG, HUBER, HANSEN, TODD,
11                                             EVANS & FIGEL, P.L.L.C.

12                                             MARK C. HANSEN
                                               REBECCA A. BEYNON
13                                             KEVIN B. HUFF
                                               Attorneys for Plaintiffs
14                                             PENN ENGINEERING &
                                               MANUFACTURING CORP.,
15                                             and PEM MANAGEMENT, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 1 -