1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  MARK C. HANSEN
   mhansen@khhte.com
8  REBECCA A. BEYNON
   rbeynon@khhte.com
9  KEVIN B. HUFF
   khuff@khhte.com
10 KELLOGG, HUBER, HANSEN, TODD,
       EVANS & FIGEL, PLLC
11 Sumner Square
   1615 M Street, NW, Suite 400
12 Washington, DC 20036
   Telephone:  (202) 326-7900
13 Facsimile:   (202) 326-7999

14 Attorneys for Plaintiffs
   PENN ENGINEERING &
15 MANUFACTURING CORP.,
   and PEM MANAGEMENT, INC.

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

| | |
|---|---|
| 20  PENN ENGINEERING & MANUFACTURING CORP., a Delaware 21  corporation, and PEM MANAGEMENT, INC., a Delaware corporation, 22                                Plaintiffs, 23          vs. 24  PENINSULA COMPONENTS, INC., a 25  California corporation, 26                                Defendant. | Case No. C 07-04231 JL  **CERTIFICATE OF SERVICE**  **RE  PLAINTIFFS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

27

28

---

CERTIFICATE OF SERVICE
Case No. C 07-04231 JL

<u>CERTIFICATE OF SERVICE</u>

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On September 6, 2007, I served the within:

**PLAINTIFFS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

_X_   BY MAIL: I caused such envelope to be deposited in the mail at San Jose, California. I am readily familiar with Bergeson, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day. FRCP Title II, §5(b)(2)(B).

_X_   BY FACSIMILE: I caused said documents to be sent via facsimile to the interested party at the following facsimile listed below. FRCP Title II, §5(b)(2)(D).

Kenneth D. Schnur, Esq.
Andy Weill, Esq.
BENJAMIN, WEILL & MAZER APC
235 Montgomery St., Suite 760
San Francisco, CA 94104
Ph:  415.421.0730
Fax: 415.421.2355
schnur@bwmlaw.com or
kenschnur@hotmail.com
weill@bwmlaw.com
aweill@ix.netcom.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 6, 2007, at San Jose, California.

                                                    /s/
                                      Gail Simmons