**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number

Clerk                                                                                        415.522.2000

## September 10, 2007

**CASE NUMBER:  CV 07-04231 JL**

**CASE TITLE:  PENN ENGINEERING & MANUFACTURING CORP.-v-PENINSULA COMPONENTS, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable CHARLES R. BREYER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/10/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects

Log Book Noted                                              Entered in Computer 09/10/07 MAB

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                    Transferor CSA