**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., | No. C 07-04231 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| PENINSULA COMPONENTS, INC., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, November 30, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 14, 2007                                                      FOR THE COURT,

                                                                                                Richard W. Wieking, Clerk
                                                                                                By:_____
                                                                                                     Barbara Espinoza
                                                                                                     Courtroom Deputy