1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, State Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  MARK C. HANSEN
   mhansen@khhte.com
7  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
   Sumner Square
8  1615 M Street, NW, Suite 400
   Washington, DC 20036
9  Telephone:  (202) 326-7900
   Facsimile:   (202) 326-7999
10 Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP. and PEM MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PENINSULA COMPONENTS, INC., <br><br> Defendant. | Civil Action No. C07-04231-CRB <br><br> **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]** <br><br> **ADR CERTIFICATION** <br><br> **[PROPOSED] ORDER** |

1    Counsel report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

3    The parties stipulate to participate in the following ADR process:

4  **Court Processes:**

5    __ Arbitration          __ ENE          __ Mediation

6  The parties agree to hold the ADR session by

7    _ the presumptive deadline (*The deadline is 90 days from the date of the order referring*

8  *the case to an ADR process unless otherwise ordered.*)

9    _ other requested deadline

10  The parties believe it is important that the mediator be familiar with patent and trademark law.

11  **Private Process:**

12    **X Private ADR** (*mutually agreeable private mediator to conduct mediation after parties*

13  *have engaged in document discovery*)

14    (*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

15  **Concurrence in the filing of this document has been obtained from all signatories**

16  Dated: ___**10/31/07**___     /s/ Melinda Morton_____
                                              Attorney for Plaintiff

17

18  Dated: ___**10/31/07**___     /s/ Andrew Weill_____
                                              Attorney for Defendant

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1      **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3          **Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or**

4    **she has read either the handbook entitled "Dispute Resolution Procedures in the Northern**

5    **District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,**

6    **discussed the available dispute resolution options provided by the Court and private entities,**

7    **and considered whether this case might benefit from any of them.**

8
      **Dated: ___10/31/07___         _____/s/_____**
9                                    **Mark Petty for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 3 -

1      **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3          **Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or**

4      **she has read either the handbook entitled "Dispute Resolution Procedures in the Northern**

5      **District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,**

6      **discussed the available dispute resolution options provided by the Court and private entities,**

7      **and considered whether this case might benefit from any of them.**

8

       **Dated: ___10/31/07___                 _____/s/_____**

9                                             **Mark C. Hansen, Counsel for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 4 -

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3    Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4    she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6    discussed the available dispute resolution options provided by the Court and private entities,

7    and considered whether this case might benefit from any of them.

8

Dated: ___10/31/07___                      /s/

9                                 William Gardiner for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 5 -

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: ___10/31/07___                      /s/
                                           Andrew Weill, Counsel for Defendant

- 6 -
STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1

**[PROPOSED] ORDER**

2    Pursuant to the foregoing Stipulation Selecting ADR Process submitted by the parties, the

3 captioned matter is hereby referred to mediation.

4

5    IT IS SO ORDERED.

6

7 Dated: _____                    _____

8                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28