1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3         Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4    she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6    discussed the available dispute resolution options provided by the Court and private entities,

7    and considered whether this case might benefit from any of them.

8    Dated: ___10/31/07___

9               **Mark Petty for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3    Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4    she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6    discussed the available dispute resolution options provided by the Court and private entities,

7    and considered whether this case might benefit from any of them.

8    Dated: ___10/31/07___

9    Mark C. Hansen, Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1

2

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

3          Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4    she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6    discussed the available dispute resolution options provided by the Court and private entities,

7    and considered whether this case might benefit from any of them.

8    Dated: ___10/31/07___

9                                   William Gardiner for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

2

3          Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4   she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5   District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6   discussed the available dispute resolution options provided by the Court and private entities,

7   and considered whether this case might benefit from any of them.

8
    Dated: ___10/31/07___
9                              Andrew Weill, Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28