1   DANIEL J. BERGESON, State Bar No. 105439
    dbergeson@be-law.com
2   MELINDA M. MORTON, State Bar No. 209373
    mmorton@be-law.com
3   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4   San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
5   Facsimile:   (408) 297-6000

6   MARK C. HANSEN
    mhansen@khhte.com
7   KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
    Sumner Square
8   1615 M Street, NW, Suite 400
    Washington, DC 20036
9   Telephone:  (202) 326-7900
    Facsimile:   (202) 326-7999
10  Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13

14  PENN ENGINEERING & MANUFACTURING        Civil Action No. C07-04231-CRB
    CORP. and PEM MANAGEMENT, INC.,

15                            Plaintiffs,   **STIPULATION SELECTING ADR
                                            PROCESS [ADR L.R. 3-5]**
16          vs.

17  PENINSULA COMPONENTS, INC.,             **ADR CERTIFICATION**

18                            Defendant.    [~~PROPOSED~~] ORDER

19

20

21

22

23

24

25

26

27

28
                              - 1 -
        STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
                    Case No.: C07-04231-CRB

1    Counsel report that they have met and conferred regarding ADR and have reached the

2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

3    The parties stipulate to participate in the following ADR process:

4  **Court Processes:**

5    __ Arbitration        __ ENE        __ Mediation

6  The parties agree to hold the ADR session by

7    _ the presumptive deadline (*The deadline is 90 days from the date of the order referring*

8  *the case to an ADR process unless otherwise ordered.*)

9    _ other requested deadline

10  The parties believe it is important that the mediator be familiar with patent and trademark law.

11  **Private Process:**

12    **X Private ADR** (*mutually agreeable private mediator to conduct mediation after parties*

13  *have engaged in document discovery*)

14    (*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

15  **Concurrence in the filing of this document has been obtained from all signatories**

16  Dated: ___**10/31/07**___        /s/ Melinda Morton_____
                                              Attorney for Plaintiff

17

18  Dated: ___**10/31/07**___        /s/ Andrew Weill_____
                                              Attorney for Defendant

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3    **Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or**

4    **she has read either the handbook entitled "Dispute Resolution Procedures in the Northern**

5    **District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,**

6    **discussed the available dispute resolution options provided by the Court and private entities,**

7    **and considered whether this case might benefit from any of them.**

8

    **Dated: ___10/31/07___**          **___/s/_____**

9                                 **Mark Petty for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3       **Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or**

4    **she has read either the handbook entitled "Dispute Resolution Procedures in the Northern**

5    **District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,**

6    **discussed the available dispute resolution options provided by the Court and private entities,**

7    **and considered whether this case might benefit from any of them.**

8

9    **Dated: ___10/31/07___        _____/s/_____**
                                  **Mark C. Hansen, Counsel for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3          Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or

4    she has read either the handbook entitled "Dispute Resolution Procedures in the Northern

5    District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,

6    discussed the available dispute resolution options provided by the Court and private entities,

7    and considered whether this case might benefit from any of them.

8

    Dated: ___10/31/07___               /s/_____

9                         William Gardiner for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

2

3        **Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), the undersigned certifies that he or**

4   **she has read either the handbook entitled "Dispute Resolution Procedures in the Northern**

5   **District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>,**

6   **discussed the available dispute resolution options provided by the Court and private entities,**

7   **and considered whether this case might benefit from any of them.**

8

9   **Dated: ___10/31/07___**                /s/            
                                        **Andrew Weill, Counsel for Defendant**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB

1          [PROPOSED] ORDER

2          Pursuant to the foregoing Stipulation Selecting ADR Process submitted by the parties, the

3  captioned matter is hereby referred to mediation.

4

5          IT IS SO ORDERED.

6

7  Dated:  November 2, 2007



8          UNITED STATES _____ JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION
Case No.: C07-04231-CRB