1  ANDREW J. WEILL (SBN 073093)
   weill@bwmlaw.com
2  BENJAMIN, WEILL & MAZER
   A Professional Corporation
3  235 Montgomery Street, Suite 760
   San Francisco, California 94104
4  Telephone:    (415) 421-0730

5  Attorneys for Defendant
   PENINSULA COMPONENTS, INC
6  dba PENCOM, a California Corporation

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 PENN ENGINEERING &              )   Case No.: C 07 04231 CRB
   MANUFACTURING CORP., a          )
12 Delaware Corporation, and       )   NOTICE OF ASSOCIATION OF
   PEM MANAGEMENT, INC., a         )   COUNSEL
13 Delaware Corporation            )
                                   )
14              Plaintiffs,        )
                                   )
15      v.                         )
                                   )
16 PENINSULA COMPONENTS, INC.,     )
   dba PENCOM, a California Corporation )
17                                 )
                Defendant.         )
18                                 )

19

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21

22      PLEASE TAKE NOTICE THAT Richard A. Nebb and Vierra Magen Marcus & DeNiro

23 LLP have associated with the law firm of Benjamin, Weill & Mazer, a Professional

24 Corporation, in this litigation proceeding. All pleadings, notices, and other communications

25 pertaining to this action which are directed to the Defendant shall hereafter continue to be sent

26 to Benjamin, Weill, & Mazer, a Professional Corporation, located at 235 Montgomery Street,

27 Suite 760, San Francisco, CA 94104 (tel: 415/421-0730), with a copy to Mr. Nebb, Vierra

28 Magen Marcus & DeNiro LLP, which is located at 575 Market Street, Suite 2500, San

ASSOCIATION OF COUNSEL
USDC ACTION NO. C 07-04231 CRB

1  Francisco, CA 94105 (tel: 415/369-9660).

3  Dated: November 13, 2007            BENJAMIN, WEILL & MAZER
                                       A Professional Corporation

5                                      By: _____
                                           ANDREW J. WEILL
                                           Attorneys for Defendant Peninsula
                                           Components, Inc., dba PENCOM

9  AGREED:

10 DATED: November 13, 2007            VIERRA MAGEN MARCUS & DeNIRO LLP

12                                     By: _____
                                           RICHARD A. NEBB
                                           Attorneys for Defendant Peninsula
                                           Components, Inc., dba PENCOM

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY ST., SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

ASSOCIATION OF COUNSEL
USDC ACTION NO. C 07-04231 CRB                                              2