ANDREW J. WEILL (SBN 073093)
weill@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone:    (415) 421-0730

Attorneys for Defendant
PENINSULA COMPONENTS, INC
dba PENCOM, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., a Delaware Corporation, and PEM MANAGEMENT, INC., a Delaware Corporation<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PENINSULA COMPONENTS, INC., dba PENCOM, a California Corporation<br><br>　　　　　Defendant. | Case No.: C 07 04231 CRB<br><br>DECLARATION OF SERVICE<br><br>REGARDING DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL |

DEC. OF SERVICE
USDC ACTION NO. C 07-04231 CRB

## DECLARATION OF SERVICE

*Penn Engineering & Manufacturing Corp, et al. v. Peninsula Components, Inc.*

C 07-04231 CRB

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 235 Montgomery Street, Suite 760, San Francisco, CA 94104. On this date, I caused the following attached document(s) to be served:

**NOTICE OF ASSOCIATION OF COUNSEL**

to the addressee(s) shown below:

Rebecca A. Beynon
Kevin B. Huff
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036

[X]  MAIL -- I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ]  PERSONAL SERVICE -- Document(s) delivered by hand to the addressee.

[ ]  FACSIMILE -- By causing a copy of said document(s) to be transmitted by facsimile, pursuant to agreement between the party(ies), to the telephone number listed adjacent to the name on this Proof of Service.

[ ]  BY FEDERAL EXPRESS: I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 13, 2007

_____
Elizabeth Blasier