1

DANIEL J. BERGESON, State Bar No. 105439
dbergeson@be-law.com

2

DONALD P. GAGLIARDI, State Bar No. 138979
dgagliardi@be-law.com

3

BERGESON, LLP

4

303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712

5

Telephone: (408) 291-6200

6

Facsimile: (408) 297-6000

7

MARK C. HANSEN
REBECCA A. BEYNON, *pro hac vice*

8

KEVIN B. HUFF

9

KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, PLLC

10

Sumner Square
1615 M Street, NW, Suite 400

11

Washington, DC 20036

12

Telephone: (202) 326-7900
Facsimile: (202) 326-7999

13

14

*Attorneys for Plaintiffs Penn Engineering &*
*Manufacturing Corp. and PEM Management, Inc.*

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN FRANCISCO DIVISION

19

20

PENN ENGINEERING &
MANUFACTURING CORP., and

21

PEM MANAGEMENT, INC.,

22

Plaintiffs,

23

v.

24

PENINSULA COMPONENTS, INC.,

25

Defendant.

Case No. C07 04231 CRB

**DECLARATION OF REBECCA A. BEYNON**

26

27

28

1        I, Rebecca A. Beynon, declare and state as follows:

2        1.    I am a partner in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel,

3    P.L.L.C., counsel to Plaintiffs in the above-captioned proceeding. I respectfully submit this

4    declaration pursuant to Local Rule 16-9, in support of Plaintiffs' Case Management Conference

5    Statement.

6        2.    Plaintiffs have attempted in good faith to prepare a joint case management

7    conference statement, as contemplated by this Court's rules.

8        3.    On November 6, 2007, my partner Kevin B. Huff and I contacted Andrew Weill,

9    counsel to Defendant in this matter, to meet and confer regarding initial disclosures and a

10   discovery plan.

11       4.    On November 8, 2007, I sent Mr. Weill, via e-mail, a draft of a proposed joint

12   case management conference statement, and requested that Mr. Weill provide comments on that

13   document. A true and correct copy of this e-mail is attached hereto as Exhibit A.

14       5.    On November 9, 2007, Mr. Huff and I called Mr. Weill at his offices, but he was

15   not available. I then sent Mr. Weill an e-mail, reminding him that we wanted to follow up on

16   this matter. A true and correct copy of that e-mail is attached hereto as Exhibit B.

17       6.    I did not hear from Mr. Weill until November 13, 2007, when he sent me and Mr.

18   Huff an e-mail stating that Defendant was associating in additional counsel, and that he hoped to

19   be in touch to discuss outstanding items "tomorrow or Wednesday." A true and correct copy of

20   that e-mail is attached hereto as Exhibit C.

21       7.    On November 14, 2008, Mr. Huff and I, together with an associate from our

22   office, Michael Joffre, contacted Mr. Weill. We notified him via voicemail that, since we had

23   not heard from Defendant, Plaintiffs would be filing a separate case management conference

24   statement, pursuant to Local Rule 16-9.

25       8.    A few minutes after we left this voicemail, Mr. Weill sent an e-mail stating that,

26   while "we will try to reach you just as soon as possible," "realistically we may not be able to

27   handle this until tomorrow." A true and correct copy of this e-mail is attached hereto as

28   Exhibit D.

1    9.    I responded to Mr. Weill (and his new co-counsel, Richard Nebb), via e-mail, that

2  Plaintiffs would file a separate case management conference statement, as Plaintiffs did not wish

3  to miss meeting a deadline set by the Court.  In this e-mail, I informed Mr. Weill that Plaintiffs

4  stand ready, however, to continue to discuss these matters and are prepared to submit a joint case

5  management conference statement together with Defendant.  A true and correct copy of this e-

6  mail is attached hereto as Exhibit E.

7

8    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

9  and correct.

10    Executed on this 14th day of November, 2007, in Bethesda, Maryland.

11

12    _____/s/_____

13    Rebecca A. Beynon

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Penn v. Peninsula Components                                                    Page 1 of 1

## Beynon, Rebecca A.

| | |
|---|---|
| From: | Beynon, Rebecca A. |
| Sent: | Thursday, November 08, 2007 11:25 AM |
| To: | 'Andrew J. Weill' |
| Cc: | Huff, Kevin B.; Joffre, Michael E.; Gagliardi, Don |
| Subject: | Penn v. Peninsula Components |

**Attachments:** KHHTE_DOCS-#239902-v4-Joint_Case_Management_Statement_.DOC

Andy:

As we discussed on Tuesday, attached please find a draft joint case management conference statement. This tracks the requirements set forth in the Northern District of California's Standing Order for such statements. As we've discussed, the statement is due on November 14, 2007.

Please let us know of your comments. Would it make sense for us to talk this afternoon or tomorrow morning?

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999
E-mail: rbeynon@khhte.com The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

# EXHIBIT B

## Beynon, Rebecca A.

**From:**    Beynon, Rebecca A.

**Sent:**    Friday, November 09, 2007 3:46 PM

**To:**    Beynon, Rebecca A.; 'Andrew J. Weill'

**Cc:**    Huff, Kevin B.

**Subject:** RE: Penn v. Peninsula Components

Andy:

Just left you a voice-mail, as we wanted to follow up on this. I'm at 202 326 7934.

Thanks very much.

---

**From:** Beynon, Rebecca A.
**Sent:** Thursday, November 08, 2007 11:25 AM
**To:** 'Andrew J. Weill'
**Cc:** Huff, Kevin B.; Joffre, Michael E.; Gagliardi, Don
**Subject:** Penn v. Peninsula Components

Andy:

As we discussed on Tuesday, attached please find a draft joint case management conference statement. This tracks the requirements set forth in the Northern District of California's Standing Order for such statements. As we've discussed, the statement is due on November 14, 2007.

Please let us know of your comments. Would it make sense for us to talk this afternoon or tomorrow morning?

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999
E-mail: rbeynon@khhte.com The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

# EXHIBIT C

## Beynon, Rebecca A.

**From:**     Andrew J. Weill [aweill@ix.netcom.com]

**Sent:**     Tuesday, November 13, 2007 6:20 PM

**To:**       Beynon, Rebecca A.

**Cc:**       Huff, Kevin B.

**Subject:** RE: Penn v. Peninsula Components

As you can see, we are associating in additional counsel. I will be conferring with him tomorrow and hope to get back to you on outstanding items tomorrow or Wednesday.

-----Original Message-----
**From:** Beynon, Rebecca A. [mailto:RBEYNON@khhte.com]
**Sent:** Friday, November 09, 2007 12:46 PM
**To:** Beynon, Rebecca A.; Andrew J. Weill
**Cc:** Huff, Kevin B.
**Subject:** RE: Penn v. Peninsula Components

Andy:

Just left you a voice-mail, as we wanted to follow up on this. I'm at 202 326 7934.

Thanks very much.

**From:** Beynon, Rebecca A.
**Sent:** Thursday, November 08, 2007 11:25 AM
**To:** 'Andrew J. Weill'
**Cc:** Huff, Kevin B.; Joffre, Michael E.; Gagliardi, Don
**Subject:** Penn v. Peninsula Components

Andy:

As we discussed on Tuesday, attached please find a draft joint case management conference statement. This tracks the requirements set forth in the Northern District of California's Standing Order for such statements. As we've discussed, the statement is due on November 14, 2007.

Please let us know of your comments. Would it make sense for us to talk this afternoon or tomorrow morning?

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999
E-mail: rbeynon@khhte.com The above communication contains information that may be confidential

and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

# EXHIBIT D

## Beynon, Rebecca A.

**From:**    Andrew J. Weill [aweill@ix.netcom.com]

**Sent:**    Wednesday, November 14, 2007 4:52 PM

**To:**    Beynon, Rebecca A.

**Cc:**    Huff, Kevin B.

**Subject:** RE: Penn v. Peninsula Components

We are meeting at 2:00 this afternoon. We will try to reach you just as soon as possible, but realistically we may not be able to handle this until tomorrow.

I think that our primary obligation is to attempt to reach a joint statement and that the Court will not be bothered by a one-day delay. I strongly urge that you hold off on filing until after we have tried to finalize a joint statement. Should we not reach a joint agreement, we can still file separate statements.

```
Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com
```

```
==========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to
it may be confidential and legally privileged. This information is intended only
for the use if the individual to whom this e-mail is addressed. If you are not that
person, you are hereby notified that any use, disclosure, printing, or distribution
of any of the information contained herein is strictly PROHIBITED. If you have
received this e-mail in error, please notify the sender and delete this e-mail and
any attachments immediately. Please advise immediately if you or your employer does
not consent to Internet email for messages of this kind. Opinions, conclusions and
other information in this message that do not relate to the official business of my
firm shall be understood as neither given nor endorsed by it.
```

# EXHIBIT E

## Beynon, Rebecca A.

| | |
|---|---|
| **From:** | Beynon, Rebecca A. |
| **Sent:** | Wednesday, November 14, 2007 4:57 PM |
| **To:** | 'Andrew J. Weill'; 'rnebb@vierramagen.com' |
| **Cc:** | Huff, Kevin B.; Joffre, Michael E.; Gagliardi, Don; Morton, Mindy |
| **Subject:** | RE: Penn v. Peninsula Components |

Andy/Richard:

As we indicated in the voicemail we left for you earlier today, the joint case management report, a draft of which we provided to you for comment last Thursday, is due today. We have not received any comments from you on this document, although we have tried to reach you on several occasions to discuss.

We understand that are meeting internally to discuss the case. However, it is nearly 5 pm here in Washington, and we do not wish to miss a deadline set by the Court. Accordingly, pursuant to Local Rule 16-9, we plan to go file a separate case management statement today. We will note in that statement that we are continuing to discuss these issues with you, and that we may be submitting a joint statement shortly.

Please let us know if you have any questions. I can be reached at 301 312 8089 for the rest of the day today.

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999
E-mail: rbeynon@khhte.com The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Andrew J. Weill [mailto:aweill@ix.netcom.com]
**Sent:** Wednesday, November 14, 2007 4:52 PM
**To:** Beynon, Rebecca A.
**Cc:** Huff, Kevin B.
**Subject:** RE: Penn v. Peninsula Components

We are meeting at 2:00 this afternoon. We will try to reach you just as soon as possible, but realistically we may not be able to handle this until tomorrow.

I think that our primary obligation is to attempt to reach a joint statement and that the Court will not be bothered by a one-day delay. I strongly urge that you hold off on filing until after we have tried to finalize a joint statement. Should we not reach a joint agreement, we can still file separate statements.

11/14/2007

Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com

==========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to
it may be confidential and legally privileged. This information is intended only
for the use if the individual to whom this e-mail is addressed. If you are not that
person, you are hereby notified that any use, disclosure, printing, or distribution
of any of the information contained herein is strictly PROHIBITED. If you have
received this e-mail in error, please notify the sender and delete this e-mail and
any attachments immediately. Please advise immediately if you or your employer does
not consent to Internet email for messages of this kind. Opinions, conclusions and
other information in this message that do not relate to the official business of my
firm shall be understood as neither given nor endorsed by it.

11/14/2007