1   DANIEL J. BERGESON, State Bar No. 105439
    dbergeson@be-law.com
2   DONALD P. GAGLIARDI, State Bar No. 138979
    dgagliardi@be-law.com
3   BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4   San José, CA 95110-2712
    Telephone: (408) 291-6200
5   Facsimile: (408) 297-6000

6   MARK C. HANSEN
    KEVIN B. HUFF
7   REBECCA A BEYNON
    KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
8   Sumner Square
    1615 M Street, NW, Suite 400
9   Washington, DC 20036
    Telephone: (202) 326-7900
10  Facsimile: (202) 326-7999

11  *Attorneys for Plaintiffs*

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA
14
15                      SAN FRANCISCO DIVISION

16  PENN ENGINEERING & MANUFACTURING        Case No. C07 04231 CRB
    CORP. and PEM MANAGEMENT, INC.,
17                                           (Proposed) ORDER GRANTING
                        Plaintiffs,          APPLICATION FOR ADMISSION OF
18                                           ATTORNEY *PRO HAC VICE*
        v.
19
    PENINSULA COMPONENTS, INC.,
20
                        Defendant.
21

22
        Rebecca A. Beynon, an active member in good standing of the bars of the State of Texas
23
    and the District of Columbia whose business address and telephone number is:
24
    Kellogg, Huber, Hansen, Todd, Evans, & Figel, PLLC
25  1615 M Street, NW, Suite 400
    Washington, DC 20036
26  (202) 326-7934

27

28
                                        - 1 -
    (Proposed) ORDER GRANTNG APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                        Case No. C07-04231-CRB

1  having applied in the above-entitled action for admission to practice in the Northern District of

2  California on a *pro hac vice* basis, representing Penn Engineering & Manufacturing Corp. and

3  PEM Management, Inc.

4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

5  conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

6  *vice*. Service of papers upon and communication with co-counsel designated in the application

7  shall constitute notice to party. All future filings in this action are subject to the requirements

8  contained in General Order No. 45, *Electronic Case Filing*.

9

10  Dated: *November 15, 2007*

                       Charles R. Breyer

11                         United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -