1  ANDREW J. WEILL, State Bar No. 073093
   weill@bwmlaw.com
2  BENJAMIN, WEILL & MAZER
3  A Professional Corporation
   235 Montgomery Street, Suite 760
4  San Francisco, California 94104
   Telephone: (415) 421-0730
5

6  RICHARD A. NEBB, State Bar No. 146239
   mebb@vierramagen.com
7  VIERRA MAGEN MARCUS & DENIRO LLP
   575 Market Street, Suite 2500
8  San Francisco, CA 94105
   Telephone: (415) 369-9660
9

10 Attorneys for Defendant
   PENINSULA COMPONENTS, INC.
11 D/B/A PENCOM

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 _____ ) Case No. C07 04231 CRB
   PENN ENGINEERING &                  )
17 MANUFACTURING CORP., and            ) CERTIFICATION OF INTERESTED
   PEM MANAGEMENT, INC.,               ) ENTITIES OR PERSONS PURSUANT
18                                     ) TO CIV. L.R. 3-16
                                       )
19                      Plaintiffs,    )
   v.                                  )
20                                     )
   PENINSULA COMPONENTS, INC.,         )
21                                     )
                                       )
22                      Defendant.     )
   _____

23         **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

24      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following

25 persons, associations of persons, firms, partnerships, corporations (including

26 parent corporations) or other entities (i) have a financial interest in the subject

27 matter in controversy or in a party to the proceeding, or (ii) have a non-financial

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                                    1
Case No. 07-04231 (CRB)

1  interest in that subject matter or in a party that could be substantially affected by
2  the outcome of this proceeding:
3      William A. Gardiner III
4      Pencom Singapore - Branch
5      Pencom Singapore PTE Ltd.
6      Pencom S. de R.L. de C.V.
7      Pencom Engineering Limited
8      Pencom Limited
9      CSS Manufacturing, Inc.
10     Pencom/Accuracy, Inc. dba Accuracy Screw Machine Products, Inc.
11     West Coast ATD
12     Visible Inventory, Inc.
13     Pencom China
14     Pencom Shanghai Ltd.
15     Pencom Do Brasil Distribuidora De Componentes Mecanicos Ltda.
16     Pencom Canada -Branch
17     Technicomp, Inc.
18     Bridgebrook Land Management LLC
19
20  Dated: November 28, 2007            Respectfully submitted,
21
22                                      Andrew J. Weill, State Bar No. 073093
23                                      BENJAMIN, WEILL & MAZER
                                        A Professional Corporation
24                                      Attorneys for Defendant
                                        PENINSULA COMPONENTS, INC.
25                                      D/B/A PENCOM
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 07-04231 (CRB)                                                           2

## DECLARATION OF SERVICE

*Penn Engineering & Manufacturing Corp, et al. v. Peninsula Components, Inc.*

C 07-04231 CRB

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 235 Montgomery Street, Suite 760, San Francisco, CA 94104. On this date, I caused the following attached document(s) to be served:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

to the addressee(s) shown below:

Rebecca A. Beynon
Kevin B. Huff
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036

[X]  **MAIL** -- I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ]  **PERSONAL SERVICE** -- Document(s) delivered by hand to the addressee.

[ ]  **FACSIMILE** -- By causing a copy of said document(s) to be transmitted by facsimile, as a courtesy only, to the telephone number listed adjacent to the name on this Proof of Service.

[ ]  **BY FEDERAL EXPRESS**: I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 28, 2007.

_____
Elizabeth Blasier