ANDREW J. WEILL, State Bar No. 073093
weill@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB, State Bar No. 146239
mebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PENINSULA COMPONENTS, INC., <br><br> Defendant. | Case No. C07 04231 CRB <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

Counsel report that the parties met on November 27, 2007, to pursue efforts to reach a settlement of the claims in the present case. One of the outcomes of the discussions was an agreement to continue to meet and share information necessary to permit the parties to negotiate a full resolution or to narrow the disputed issues between them.

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

1

1  Therefore, in the interest of judicial economy, the parties stipulate the
2  Case Management Conference scheduled before Judge Charles R. Breyer on
3  November 30, 2007, should be continued until 8:30 a.m. on January 11, 2008, or
4  as soon thereafter as is convenient for the Court, to permit the necessary
5  information exchange and discussion of settlement terms.

Respectfully submitted,

Dated: November 28, 2007

_____
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER
A Professional Corporation
Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

Dated: November 28, 2007

_____
Rebecca A. Beynon (Pro Hac Vice)
KELLOGG, HUBER, HANSEN, TODD, EVANS &
FIGEL, P.L.L.C.
Attorneys for Plaintiffs
PENN ENGINEERING & MANUFACTURING
CORP., and PEM MANAGEMENT, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

2

<pre style="writing-mode: vertical-rl">BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730</pre>

<u>PROPOSED ORDER</u> [strikethrough on "PROPOSED"]

Pursuant to the foregoing Stipulation to Continue the Case Management Conference submitted by the parties, the captioned matter is hereby continued to January 18, 2008.

Dated: November 29, 2007

_____
Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

3