| | |
|---|---|
| 1 | ANDREW J. WEILL, State Bar No. 073093 |
| 2 | weill@bwmlaw.com |
|   | BENJAMIN, WEILL & MAZER |
| 3 | A Professional Corporation |
|   | 235 Montgomery Street, Suite 760 |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 421-0730 |
| 5 | |
| 6 | RICHARD A. NEBB, State Bar No. 146239 |
|   | mebb@vierramagen.com |
| 7 | VIERRA MAGEN MARCUS & DENIRO LLP |
|   | 575 Market Street, Suite 2500 |
| 8 | San Francisco, CA 94105 |
|   | Telephone: (415) 369-9660 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | PENINSULA COMPONENTS, INC. |
| 11 | D/B/A PENCOM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC., | ) ) ) ) ) | Case No. C07 04231 CRB<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PENINSULA COMPONENTS, INC., | ) ) | |
| Defendant. | ) | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No 07-04231 (CRB)

1

1  interest in that subject matter or in a party that could be substantially affected by
2  the outcome of this proceeding:
3     William A. Gardiner III
4     Pencom Singapore - Branch
5     Pencom Singapore PTE Ltd.
6     Pencom S. de R.L. de C.V.
7     Pencom Engineering Limited
8     Pencom Limited
9     CSS Manufacturing, Inc.
10    Pencom/Accuracy, Inc. dba Accuracy Screw Machine Products, Inc.
11    West Coast ATD
12    Visible Inventory, Inc.
13    Pencom China
14    Pencom Shanghai Ltd.
15    Pencom Do Brasil Distribuidora De Componentes Mecanicos Ltda.
16    Pencom Canada -Branch
17    Technicomp, Inc.
18    Bridgebrook Land Management LLC

20  Dated: November 28, 2007          Respectfully submitted,

                                     Andrew J. Weill, State Bar No. 073093
                                     BENJAMIN, WEILL & MAZER
                                     A Professional Corporation
                                     Attorneys for Defendant
                                     PENINSULA COMPONENTS, INC.
                                     D/B/A PENCOM

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 07-04231 (CRB)                                                    2

## DECLARATION OF SERVICE

*Penn Engineering & Manufacturing Corp, et al. v. Peninsula Components, Inc.*

C 07-04231 CRB

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 235 Montgomery Street, Suite 760, San Francisco, CA 94104. On this date, I caused the following attached document(s) to be served:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16**

to the addressee(s) shown below:

| | |
|---|---|
| Rebecca A. Beynon<br>Kevin B. Huff<br>Marc C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | Daniel J. Bergeson<br>Donald P. Gagliardi<br>Melinda Mae Morton<br>Bergeson, LLP<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 |

[X]   **MAIL** -- I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ]   **PERSONAL SERVICE** -- Document(s) delivered by hand to the addressee.

[ ]   **FACSIMILE** -- By causing a copy of said document(s) to be transmitted by facsimile, as a courtesy only, to the telephone number listed adjacent to the name on this Proof of Service.

[ ]   **BY FEDERAL EXPRESS**: I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 18, 2007.

*/s/ Elizabeth Blasier*
Elizabeth Blasier