ANDREW J. WEILL, State Bar No. 073093
weill@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB, State Bar No. 146239
mebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>PENINSULA COMPONENTS, INC.,<br><br>Defendant. | Case No. C07 04231 CRB<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

On November 29, 2007, the Court granted the parties' request to continue the Case Management Conference in the above-referenced matter until January 18, 2008, to accommodate the parties' desire to seek resolution of the dispute between them. Counsel now report to the Court that the parties met December 17 and 18 at Defendant's place of business for a full and open discussion of the

1  disputed issues. The meeting resulted in the parties instructing counsel to draft a
2  Settlement Agreement ("Agreement") with the intention of resolving all disputed
3  issues without the Court's supervision. Counsel met and conferred on December
4  19, 2007, to begin work on the Agreement, which work continues.
5       Therefore, in the interest of judicial economy, the parties again come
6  before the Court to stipulate that the Case Management Conference scheduled
7  before Judge Charles R. Breyer should be continued to permit the necessary
8  negotiation of settlement terms. The Case Management scheduled on January 18,
9  2008, should be continued until 8:30 a.m. on February 1, 2008, or as soon
10 thereafter as is convenient for the Court.

Respectfully submitted,

Dated: January 3, 2008

/s/
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER
A Professional Corporation
Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

Dated: January 3, 2008

/s/
Rebecca A. Beynon (Pro Hac Vice)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Attorneys for Plaintiffs
PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC.

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

2

## PROPOSED ORDER

Pursuant to the foregoing Stipulation to Continue the Case Management Conference submitted by the parties, the captioned matter is hereby continued to February 1, 2008.

Dated: January ___, 2008

_____
Honorable Charles R. Breyer

## DECLARATION OF SERVICE

*Penn Engineering & Manufacturing Corp, et al. v. Peninsula Components, Inc.*

C 07-04231 CRB

I, the undersigned, under penalty of perjury declare and say: I am over the age of 18 years and not a party to this action or proceeding. My business address is 235 Montgomery Street, Suite 760, San Francisco, CA 94104. On this date, I caused the following attached document(s) to be served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

to the addressee(s) shown below:

Rebecca A. Beynon
Kevin B. Huff
Kellogg, Huber, Hansen, Todd, Evans &
Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036

[X]   **MAIL** -- I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; the name and address of the person served as shown on the envelope, and the date and place of business where the correspondence was placed for deposit in the United States Postal Service; and that the envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

[ ]   **PERSONAL SERVICE** -- Document(s) delivered by hand to the addressee.

[ ]   **FACSIMILE** -- By causing a copy of said document(s) to be transmitted by facsimile, as a courtesy only, to the telephone number listed adjacent to the name on this Proof of Service.

[ ]   **BY FEDERAL EXPRESS**: I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 4, 2008.

_____
Elizabeth Blasier