ANDREW J. WEILL, State Bar No. 073093
weill@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB, State Bar No. 146239
mebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC., <br><br> Plaintiffs, <br> v. <br><br> PENINSULA COMPONENTS, INC., <br><br> Defendant. | Case No. C07 04231 CRB <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

Since November 2007, the parties have been working together to seek resolution of the dispute between them. Negotiations have progressed to the stage where the parties are presently considering a draft Settlement Agreement.

The Court previously granted the parties' request to continue the Case Management Conference in the above-referenced matter until February 1, 2008,

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

1

to accommodate the parties' desire to seek resolution without the Court's assistance. In light of the progress that has been made, the parties again come before the Court to stipulate that the Case Management Conference scheduled before Judge Charles R. Breyer on February 1, 2008, should be continued to permit determination of whether the parties can agree to settlement terms.

The Case Management scheduled on February 1, 2008, should be continued until 8:30 a.m. on February 15, 2008, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

Dated: January 17, 2008

_____/s/_____
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER
A Professional Corporation
Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

Dated: January 17, 2008

_____/s/_____
Rebecca A. Beynon (Pro Hac Vice)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Attorneys for Plaintiffs
PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

2

## PROPOSED ORDER

Pursuant to the foregoing Stipulation to Continue the Case Management Conference submitted by the parties, the captioned matter is hereby continued to February 15, 2008.

Dated: January ___, 2008

_____
Honorable Charles R. Breyer