1  ANDREW J. WEILL, State Bar No. 073093
2  weill@bwmlaw.com
   BENJAMIN, WEILL & MAZER
3  A Professional Corporation
   235 Montgomery Street, Suite 760
4  San Francisco, California 94104
   Telephone: (415) 421-0730
5

6  RICHARD A. NEBB, State Bar No. 146239
   mebb@vierramagen.com
7  VIERRA MAGEN MARCUS & DENIRO LLP
   575 Market Street, Suite 2500
8  San Francisco, CA 94105
   Telephone:  (415) 369-9660
9

10 Attorneys for Defendant
   PENINSULA COMPONENTS, INC.
11 D/B/A PENCOM

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 _____    ) Case No. C07 04231 CRB
   PENN ENGINEERING &                )
17 MANUFACTURING CORP., and          ) STIPULATION TO CONTINUE CASE
   PEM MANAGEMENT, INC.,             ) MANAGEMENT CONFERENCE AND
18                                   ) [PROPOSED] ORDER
                                     )
19                     Plaintiffs,   )
   v.                                )
20                                   )
   PENINSULA COMPONENTS, INC.,       )
21                                   )
                                     )
22 _____ Defendant. )

23      Since November 2007, the parties have been working together to seek
24 resolution of the dispute between them. Negotiations continue. Plaintiffs
25 circulated a draft Settlement Agreement. The parties themselves have spoken.
26 Defendant is finalizing a responding draft Agreement to be circulated to
27 Plaintiffs.
28
   STIPULATION TO CONTINUE CASE MANAGEMENT                                    1
   CONFERENCE AND PROPOSED ORDER
   Case No. 07-04231 (CRB)

1  The Court previously granted the parties' request to continue the Case
2  Management Conference in the above-referenced matter until February 15, 2008,
3  to accommodate the parties' desire to seek resolution without the Court's
4  assistance. In light of their progress, the parties again come before the Court to
5  stipulate that the Case Management Conference scheduled before Judge Charles
6  R. Breyer on February 15, 2008, should be continued to permit determination of
7  whether the parties can agree to settlement terms.

8  Accordingly, the Case Management scheduled on February 15, 2008, should
9  be continued until 8:30 a.m. on February 29, 2008, or as soon thereafter as is
10 convenient for the Court.

Respectfully submitted,

Dated: January 31, 2008                    /s/
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER
A Professional Corporation
Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

Dated: January 31, 2008                    /s/
Rebecca A. Beynon (Pro Hac Vice)
KELLOGG, HUBER, HANSEN, TODD, EVANS &
FIGEL, P.L.L.C.
Attorneys for Plaintiffs
PENN ENGINEERING & MANUFACTURING
CORP., and PEM MANAGEMENT, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

2

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

## PROPOSED ORDER

Pursuant to the foregoing Stipulation to Continue the Case Management Conference submitted by the parties, the captioned matter is hereby continued to February \_\_\_\_, 2008.

Dated: February \_\_\_\_, 2008

_____
Honorable Charles R. Breyer

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

3