ANDREW J. WEILL, State Bar No. 073093
weill@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB, State Bar No. 146239
mebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC., <br><br> Plaintiffs, <br> v. <br><br> PENINSULA COMPONENTS, INC., <br><br> Defendant. | Case No. C07 04231 CRB <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

   Since November 2007, the parties have been working together to seek resolution of the dispute between them. Negotiations continue. Plaintiffs circulated a draft Settlement Agreement. The parties themselves have spoken. Defendant is finalizing a responding draft Agreement to be circulated to Plaintiffs.

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

1

1   The Court previously granted the parties' request to continue the Case
2   Management Conference in the above-referenced matter until February 15, 2008,
3   to accommodate the parties' desire to seek resolution without the Court's
4   assistance. In light of their progress, the parties again come before the Court to
5   stipulate that the Case Management Conference scheduled before Judge Charles
6   R. Breyer on February 15, 2008, should be continued to permit determination of
7   whether the parties can agree to settlement terms.

8   Accordingly, the Case Management scheduled on February 15, 2008, should
9   be continued until 8:30 a.m. on February 29, 2008, or as soon thereafter as is
10  convenient for the Court.

Respectfully submitted,

Dated: January 31, 2008            /s/
                                   Andrew J. Weill, State Bar No. 073093
                                   BENJAMIN, WEILL & MAZER
                                   A Professional Corporation
                                   Attorneys for Defendant
                                   PENINSULA COMPONENTS, INC.
                                   D/B/A PENCOM

Dated: January 31, 2008            /s/
                                   Rebecca A. Beynon (Pro Hac Vice)
                                   KELLOGG, HUBER, HANSEN, TODD, EVANS &
                                   FIGEL, P.L.L.C.
                                   Attorneys for Plaintiffs
                                   PENN ENGINEERING & MANUFACTURING
                                   CORP., and PEM MANAGEMENT, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT                                     2
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

~~PROPOSED~~ ORDER

Pursuant to the foregoing Stipulation to Continue the Case Management Conference submitted by the parties, the captioned matter is hereby continued to February _____, 2008.

Dated: February _11_, 2008

_____
Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER
Case No. 07-04231 (CRB)

3

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730