**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-04231** CRB

**PENN ENGINEERING & MANUFACTURING CORP.  v.  PENINSULA COMPONENTS, INC.**

Attorneys:     Rebecca Beynon                    Andrew Weill

               Donald Gagliardi                  Carolyn Lee

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**

**PROCEEDINGS:**                                                        **RULING:**

1.  Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

 Counsel limited to seven (7) claims

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For:

(X) CASE CONTINUED TO October 30, 2008 @ 2:30 p.m. for  Claim Construction

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____       Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: