1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
4  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
5  Telephone: (408) 291-6200
   Facsimile: (408) 297-6000
6
7  MARK C. HANSEN
   REBECCA A. BEYNON, *pro hac vice*
8  KEVIN B. HUFF
   KELLOGG, HUBER, HANSEN, TODD,
9    EVANS & FIGEL, PLLC
   Sumner Square
10 1615 M Street, NW, Suite 400
   Washington, DC 20036
11 Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 *Attorneys for Plaintiffs Penn Engineering &*
   *Manufacturing Corp. and PEM Management, Inc.*
14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

19 PENN ENGINEERING &                      Case No. C07 04231 CRB
   MANUFACTURING CORP., a Delaware
20 corporation, and PEM MANAGEMENT, INC., a   **STIPULATION AND [PROPOSED]**
   Delaware corporation,                      **ORDER GRANTING LEAVE TO FILE**
21                                            **AMENDED COMPLAINT FOR PATENT**
                              Plaintiffs,     **INFRINGEMENT, TRADEMARK**
22                                            **INFRINGEMENT, AND**
        vs.                                   **COUNTERFEITING, AND AMENDED**
23                                            **ANSWER**
   PENINSULA COMPONENTS, INC., a
24 California corporation,
25                              Defendant.
26

27

28 _____
   STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT FOR PATENT INFRINGEMENT,
   TRADEMARK INFRINGEMENT, AND COUNTERFEITING
   Case No. C07 04231 CRB

1    Pursuant to Civil Local Rules 7-12 and 10-1 and Federal Rule of Civil Procedure 15,

2    plaintiffs Penn Engineering & Manufacturing Corp. and PEM Management, Inc. (collectively,

3    "PEM"), and defendant Peninsula Components, Inc. ("Pencom") hereby submit this stipulated

4    motion requesting the Court permit PEM to file an amended complaint and permit Pencom to file

5    an amended answer.  The reason for the amended complaint is the recent registration to PEM of

6    U.S. Trademark No. 3,404,061 (registered April 1, 2008).  The amendment of the complaint and

7    answer will not otherwise affect the schedule in this case.  Accordingly, the parties request that the

8    Court enter an order granting PEM leave to file the accompanying Amended Complaint for Patent

9    Infringement, Trademark Infringement, and Counterfeiting and granting Pencom leave to file an

10   amended answer on June 4, 2008.

11
     May 21, 2008
12

13

14   By: _____          By: _____

15   Andrew J. Weill, State Bar No. 073093       MARK C. HANSEN
     BENJAMIN, WEILL & MAZER, P.C.              REBECCA A. BEYNON, *pro hac vice*
16   235 Montgomery Street, Suite 760           KEVIN B. HUFF
     San Francisco, California 94104            KELLOGG, HUBER, HANSEN, TODD,
17   Tel: (415) 421-0730                          EVANS & FIGEL, PLLC
                                                Sumner Square
18   *Attorneys for Defendant Peninsula*        1615 M Street, NW, Suite 400
     *Components, Inc.*                         Washington, DC 20036
19                                              Telephone: (202) 326-7900
                                                Facsimile: (202) 326-7999
20

21                                              Donald P. Gagliardi, State Bar No. 138979
                                                BERGESON, LLP
22                                              303 Almaden Boulevard, Suite 500
                                                San Jose, CA 95110-2712
23                                              Tel:  (408) 291-6200
                                                Fax:  (408) 297-6000
24

25                                              *Attorneys for Plaintiffs Penn Engineering &*
                                                *Manufacturing Corp. and PEM Management*
26                                              *Inc.*

27

28
                                              - 1 -

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3

DATED: _____    _____

4

5                                          HON. CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT FOR PATENT INFRINGEMENT,
TRADEMARK INFRINGEMENT, AND COUNTERFEITING
Case No. C07 04231 CRB