1  DANIEL J. BERGESON, State Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, State Bar No. 138979
   dgagliardi@be-law.com
3  BERGESON, LLP
4  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
5  Telephone: (408) 291-6200
   Facsimile: (408) 297-6000
6
7  MARK C. HANSEN
   REBECCA A. BEYNON, *pro hac vice*
8  KEVIN B. HUFF
   KELLOGG, HUBER, HANSEN, TODD,
9    EVANS & FIGEL, PLLC
   Sumner Square
10 1615 M Street, NW, Suite 400
   Washington, DC 20036
11 Telephone: (202) 326-7900
12 Facsimile: (202) 326-7999

13 *Attorneys for Plaintiffs Penn Engineering &*
   *Manufacturing Corp. and PEM Management, Inc.*
14

15
                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN JOSE DIVISION
18

19 PENN ENGINEERING &                      | Case No. C07 04231 CRB
   MANUFACTURING CORP., a Delaware         |
20 corporation, and PEM MANAGEMENT, INC., a | STIPULATION AND [PROPOSED]
   Delaware corporation,                   | ORDER GRANTING LEAVE TO FILE
21                                         | AMENDED COMPLAINT FOR PATENT
                 Plaintiffs,               | INFRINGEMENT, TRADEMARK
22                                         | INFRINGEMENT, AND
          vs.                              | COUNTERFEITING, AND AMENDED
23                                         | ANSWER
   PENINSULA COMPONENTS, INC., a           |
24 California corporation,                 |
                                           |
25              Defendant.                 |

26
27
28
   STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT FOR PATENT INFRINGEMENT,
                      TRADEMARK INFRINGEMENT, AND COUNTERFEITING
                              Case No. C07 04231 CRB

1    Pursuant to Civil Local Rules 7-12 and 10-1 and Federal Rule of Civil Procedure 15,
2 plaintiffs Penn Engineering & Manufacturing Corp. and PEM Management, Inc. (collectively,
3 "PEM"), and defendant Peninsula Components, Inc. ("Pencom") hereby submit this stipulated
4 motion requesting the Court permit PEM to file an amended complaint and permit Pencom to file
5 an amended answer. The reason for the amended complaint is the recent registration to PEM of
6 U.S. Trademark No. 3,404,061 (registered April 1, 2008). The amendment of the complaint and
7 answer will not otherwise affect the schedule in this case. Accordingly, the parties request that the
8 Court enter an order granting PEM leave to file the accompanying Amended Complaint for Patent
9 Infringement, Trademark Infringement, and Counterfeiting and granting Pencom leave to file an
10 amended answer on June 4, 2008.

May 21, 2008

By: _____
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER, P.C.
235 Montgomery Street, Suite 760
San Francisco, California 94104
Tel: (415) 421-0730

*Attorneys for Defendant Peninsula Components, Inc.*

By: _____
MARK C. HANSEN
REBECCA A. BEYNON, *pro hac vice*
KEVIN B. HUFF
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Donald P. Gagliardi, State Bar No. 138979
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Tel: (408) 291-6200
Fax: (408) 297-6000

*Attorneys for Plaintiffs Penn Engineering & Manufacturing Corp. and PEM Management Inc.*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3

   DATED: May 27, 2008
4
                                                    
5                                          HON. CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT FOR PATENT INFRINGEMENT,
TRADEMARK INFRINGEMENT, AND COUNTERFEITING
Case No. C07 04231 CRB