# EXHIBIT A

# EXHIBIT A

## PEM's Proposed Case Discovery Plan[2]

| Event | PEM's Proposed Date |
|---|---|
| Case Management Conference | February 29, 2008 |
| PEM to Serve Disclosure of Asserted Claims and Preliminary Infringement Contentions for Patents-in-Suit | March 10, 2008 |
| Parties Endeavor to Complete Document Productions | March 28, 2008 |
| Mediation Conducted | Week of March 31 or April 7, 2008 |
| Pencom to Serve Preliminary Invalidity Contentions | April 24, 2008 |
| Parties to Exchange Proposed Terms and Claim Elements for Construction | May 5, 2008 |
| Parties to Exchange Preliminary Claim Constructions and Extrinsic Evidence | May 25, 2008 |
| Parties to file Joint Claim Construction and Prehearing Statement (Including Points of Novelty) | July 7, 2008 |
| Parties Complete Claim Construction Discovery | August 6, 2008 |
| Opening Claim Construction Briefs Filed | September 22, 2008 |
| Responsive Claim Construction Briefs Filed | October 1, 2008 |
| Replies in Support of Claim Construction Brief Filed | October 8, 2008 |
| Claim Construction Prehearing Conference | Week of October 20, 2008 (if the Court deems appropriate) |
| Claim Construction Hearing | Week of October 27, 2008 |
| Fact Discovery Cut-Off | November 28, 2008 |
| Parties to Serve Expert Disclosures | December 8, 2008 |

---

[2] PEM reserves the right to modify these deadlines to accommodate Patent L.R. 3-5 should it become necessary.

1
2
3
4
5
6
7
8

| Event | PEM's Proposed Date |
|---|---|
| Parties to Serve Rebuttal Expert Disclosures | January 8, 2009 |
| Expert Discovery Cutoff | February 2, 2009 |
| Parties to File Dispositive Motions and *Daubert* Motions | February 23, 2009 |
| Parties to Identify Trial Witnesses and Trial Exhibits | March 9, 2009 |
| Parties to file Motions *in limine* | April 8, 2009 |
| Pretrial Conference | April 8, 2009 |
| Jury Selection | April 9, 2009 |
| Trial | April 16, 2008 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28