# EXHIBIT B

**Elizabeth Blasier**

---

| | |
|---|---|
| **From:** | Andrew J. Weill [aweill@ix.netcom.com] |
| **Sent:** | Tuesday, March 04, 2008 9:43 AM |
| **To:** | 'Beynon, Rebecca A.'; 'Elizabeth Blasier'; 'Gagliardi, Don'; 'Huff, Kevin B.' |
| **Cc:** | weill@bwmlaw.com; rnebb@vierramagen.com |
| **Subject:** | RE: PEM v. Pencom Discovery Requests, E-mail 1 of 2 |

My assumption is that email will be done as a convenience and a courtesy, but is not the official "service" of the documents. You have consistently provided documents in Word format, which especially assists in discovery responses, and I agree to do the same.

So this means that, in terms of calendaring, your deadline for response to our discovery is governed by the rules for mail service. Should that need to be adjusted, please let me know.

[ I am working on a list of appropriate neutrals for the mediation. ]

```
Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com


==========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to
it may be confidential and legally privileged. This information is intended only
for the use if the individual to whom this e-mail is addressed. If you are not that
person, you are hereby notified that any use, disclosure, printing, or distribution
of any of the information contained herein is strictly PROHIBITED. If you have
received this e-mail in error, please notify the sender and delete this e-mail and
any attachments immediately. Please advise immediately if you or your employer does
not consent to Internet email for messages of this kind. Opinions, conclusions and
other information in this message that do not relate to the official business of my
firm shall be understood as neither given nor endorsed by it.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department
Regulations, I am required to advise you that, unless otherwise expressly
indicated, any federal tax advice contained in this communication, including
attachments and enclosures, is not intended or written to be used, and may not be
used, for the purpose of (i) avoiding tax-related penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any tax-
related matters addressed herein.
```

3/4/2008