# EXHIBIT C

## Elizabeth Blasier

**From:** Andrew J. Weill [aweill@ix.netcom.com]
**Sent:** Wednesday, March 26, 2008 10:55 AM
**To:** 'Beynon, Rebecca A.'; 'SERVICE PENCOM'
**Subject:** RE: PEM v. Pencom: suggested mediator

Rebecca, we've done some checking on possible mediators. At the moment, one name that has emerged is a JAMS panel member, Hon. Read Ambler. Bio is to be found at http://www.jamsadr.com/neutrals/Bio.asp?NeutralID=1591.

We can keep looking for other names, but this one sounded well qualified for our situation. None of the attorneys on our side have used him before. We've heard generally favorable comments on his ability and his bio indicates familiarity with the type of issues we're addressing here.

If Judge Ambler sounds promising to you, we can take it to the next step of determining availability and possible scheduling options.

Let me know your thoughts on this.


Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com

==========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to it may be confidential and legally privileged. This information is intended only for the use if the individual to whom this e-mail is addressed. If you are not that person, you are hereby notified that any use, disclosure, printing, or distribution of any of the information contained herein is strictly PROHIBITED. If you have received this e-mail in error, please notify the sender and delete this e-mail and any attachments immediately. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

3/26/2008