# EXHIBIT D

## Elizabeth Blasier

| | |
|---|---|
| **From:** | Elizabeth Blasier [elizabeth@bwmlaw.com] |
| **Sent:** | Tuesday, April 08, 2008 3:46 PM |
| **To:** | servicepencom@khhte.com |
| **Subject:** | Penn Engineering v. Pencom |
| **Attachments:** | Penn Engin. v. Pencom_Mediator Ltr_040808.pdf |

Dear Ms. Beynon:

Attached please find correspondence from Andrew J. Weill.

Thank you,

*Elizabeth D. Blasier*
Legal Assistant
Benjamin, Weill & Mazer
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, CA 94104

Phone: (415) 421-0730
Fax: (415) 421-2355

4/8/2008

LAW OFFICES OF

# BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

~~March 27, 2008~~   *SENT 4-8-08*

Via Email (servicepencom@khhte.com)

Rebecca A. Beynon
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

    Re:   *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
           Case No. C07 04231 CRB

Dear Ms. Beynon:

  I am writing to follow up regarding my March 26 email to you about selecting a mediator for the above-referenced action. In that email, I had proposed that the parties use Retired Judge Read Ambler as mediator. His biography may be found at http://www.jamsadr.com/neutrals/Bio.asp?NeutralID=1591. I hope to hear from you shortly on this matter.

                              Very truly yours,

                              BENJAMIN, WEILL & MAZER,
                            A Professional Corporation

            By: _____
                      ANDREW J. WEILL

CC:   Pencom Service List (servicepencom@khhte.com)