# EXHIBIT E

## Elizabeth Blasier

**From:** Beynon, Rebecca A. [RBEYNON@khhte.com]
**Sent:** Thursday, April 10, 2008 6:12 AM
**To:** SERVICE PENCOM
**Subject:** RE: PEM v. Pencom: suggested mediator

Andy:

Our apologies for the delay in responding on the mediator issue. Kevin and I have found ourselves unexpectedly preparing for trial in another matter. We will respond to you shortly.

Thanks.

4/10/2008