# EXHIBIT F

## Elizabeth Blasier

**From:** Beynon, Rebecca A. [RBEYNON@khhte.com]
**Sent:** Monday, April 14, 2008 6:54 AM
**To:** SERVICE PENCOM
**Subject:** Mediation

Andy,

We write in regard to your proposal concerning mediation of this dispute. Given the largely federal subject matter in our dispute, we think it's important that the parties agree upon a mediator who has practiced professionally in trademark and/or patent law, and before (or as a judge in) federal courts. We are hesitant to select Judge Ambler because his experience, although extensive, has been exclusively in the state court system.

We propose that the parties retain Retired Judge Edward Infante (also from JAMS), a former magistrate judge in the Northern District of California. Don Gagliardi's firm has worked with him in prior patent and trademark cases, and Don has informed us that he is has been a highly effective mediator with experience in patent-related disputes. Our firm has not worked with him previously, however. Judge Infante's background information is available at http://www.jamsadr.com/neutrals/bio.asp?neutralid=1659.

We look forward to hearing back from you regarding Judge Infante.

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999

E-mail: rbeynon@khhte.com The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

4/14/2008