# EXHIBIT G

LAW OFFICES OF

# BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

April 17, 2008

*Via Email (servicepencom@khhte.com)*

Rebecca A. Beynon
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

Re:   *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
      Case No. C07 04231 CRB

Dear Ms. Beynon:

I've reviewed your proposal to use Ret. Judge Infante as the mediator for this dispute. We had considered Judge Infante previously, but did not suggest him because he is traditionally very busy. We are happy to agree to use Judge Infante for our purposes here. I have taken the liberty of contacting his office to inquire on his next available dates. It seems his first dates free are June 26 or June 30. His assistant explained that there may be some availability for May 27, June 11 or June 12. We will keep in contact with his office to obtain up-to-date scheduling information to share with the group. Please confirm that these dates are open so that we can immediately schedule a date when we next speak to his assistant.

Very truly yours,

BENJAMIN, WEILL & MAZER,
A Professional Corporation

By: *[signature]*
ANDREW J. WEILL

CC:   Pencom Service List (servicepencom@khhte.com)