# EXHIBIT H

# Elizabeth Blasier

| | |
|---|---|
| **From:** | Kelly, Lindsay A. [lkelly@khhte.com] |
| **Sent:** | Tuesday, April 22, 2008 8:16 AM |
| **To:** | SERVICE PENCOM |

**Subject:** PEM v. Pencom

Andy,
We are pleased that the parties have agreed to use Judge Infante as a mediator. Because Pencom has not yet produced documents in response to PEM's document requests, it seems premature to schedule a specific date for mediation proceedings. Can Pencom commit to a date certain when its document production will be complete? PEM would be agreeable to scheduling a mediation date a minimum of three weeks following the completion of document production, to give PEM ample time to prepare for the mediation proceedings.

Lindsay Kelly
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 326-7992
lkelly@khhte.com

Privileged and Confidential
Attorney Work Product

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.