# EXHIBIT I

LAW OFFICES OF

## BENJAMIN, WEILL & MAZER

A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

April 24, 2008

*Via Email (servicepencom@khhte.com)*

Rebecca A. Beynon
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036

Re: *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
Case No. C07 04231 CRB

Dear Ms. Beynon:

  This letter responds to your April 22 email about documents and the scheduling of mediation. We completely agree that it is premature to schedule the mediation before you have had a chance to review documents from Pencom. Our concern about setting the schedule for Judge Infante was related to his schedule. His first open date was near the end of June. Earlier dates might be available, but his assistant was not sure when we contacted the office.

  Given that timeframe, we think it prudent to put ourselves on the schedule for June 26 with Judge Infante; this is approximately eight weeks away and should leave more than adequate time to receive and review documents from us far before your requested three week deadline.

  At the same time, your point about Pencom's production of documents is valid. During our on-site investigation, we were able to locate many responsive documents, which are being prepared to send. Since that time, we have strived to obtain documents from other Pencom sites that are responsive to your requests. Given the comprehensive list of 200 part numbers Pencom has prepared as Exhibit B to the discovery responses, the identification, collection, review, and preparation of these documents is highly time intensive. The final review of the first group of documents should be completed by tomorrow morning, and we expect to ship our first production to you for delivery on Monday. We plan to provide these documents to you at your office in Washington, unless you contact us to send them to a different location.


Rebecca A. Beynon
April 24, 2008
Page 2

      Please contact me as soon as possible regarding the scheduling of the mediation.

      Very truly yours,

      BENJAMIN, WEILL & MAZER,
      A Professional Corporation

By: _____
      ANDREW J. WEILL

CC:   Pencom Service List (servicepencom@khhte.com)