# EXHIBIT K

**Elizabeth Blasier**

---

**From:** Beynon, Rebecca A. [RBEYNON@khhte.com]
**Sent:** Wednesday, April 30, 2008 5:53 PM
**To:** Weill, Andrew J. (Netcom); Lee, Carolyn; SERVICE PENCOM
**Subject:** RE: PEM v. Pencom -- Judge Infante's availability

Andy:

We will be in touch soon on this.

Regards,

Rebeccca

---

**From:** Andrew J. Weill [mailto:aweill@ix.netcom.com]
**Sent:** Wednesday, April 30, 2008 8:34 PM
**To:** Beynon, Rebecca A.; Lee, Carolyn; SERVICE PENCOM
**Subject:** RE: PEM v. Pencom -- Judge Infante's availability

Judge Infante's availability has changed. His office advises his next available dates are June 30, July 2, and July 3. I suggest we pin down one of these dates soon. The client would prefer one of the July dates. Please get back to us as soon as possible about this.


```
Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com


==========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to it may
be confidential and legally privileged. This information is intended only for the use if
the individual to whom this e-mail is addressed. If you are not that person, you are
hereby notified that any use, disclosure, printing, or distribution of any of the
information contained herein is strictly PROHIBITED. If you have received this e-mail in
error, please notify the sender and delete this e-mail and any attachments immediately.
Please advise immediately if you or your employer does not consent to Internet email for
messages of this kind. Opinions, conclusions and other information in this message that
do not relate to the official business of my firm shall be understood as neither given
nor endorsed by it.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department
Regulations, I am required to advise you that, unless otherwise expressly indicated, any
federal tax advice contained in this communication, including attachments and enclosures,
is not intended or written to be used, and may not be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matters addressed herein.
```

5/1/2008

**Elizabeth Blasier**

| | |
|---|---|
| **From:** | Beynon, Rebecca A. [RBEYNON@khhte.com] |
| **Sent:** | Tuesday, May 06, 2008 5:10 AM |
| **To:** | Weill, Andrew J. (Netcom); Lee, Carolyn; SERVICE PENCOM |
| **Subject:** | Re: PEM v. Pencom -- Judge Infante's availability |

Andy:

We will be in touch with you shortly on this.

Regards,

Rebecca

----- Original Message -----
From: Andrew J. Weill <aweill@ix.netcom.com>
To: Beynon, Rebecca A.; Lee, Carolyn; SERVICE PENCOM
Sent: Wed Apr 30 20:33:33 2008
Subject: RE: PEM v. Pencom -- Judge Infante's availability

Judge Infante's availability has changed. His office advises his next available dates are June 30, July 2, and July 3. I suggest we pin down one of these dates soon. The client would prefer one of the July dates. Please get back to us as soon as possible about this.

Andrew J. Weill
Benjamin, Weill & Mazer, APC
235 Montgomery Street, Suite 760
San Francisco, CA 94104

415.421.0730 voice
415.421.2355 fax
weill@bwmlaw.com

===========================
CONFIDENTIALITY NOTICE: Information contained in this e-mail and/or attachments to it may be confidential and legally privileged. This information is intended only for the use if the individual to whom this e-mail is addressed. If you are not that person, you are hereby notified that any use, disclosure, printing, or distribution of any of the information contained herein is strictly PROHIBITED. If you have received this e-mail in error, please notify the sender and delete this e-mail and any attachments immediately. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, I am required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.