# EXHIBIT L

## Elizabeth Blasier

**From:** Andrew J. Weill [aweill@ix.netcom.com]
**Sent:** Friday, May 23, 2008 3:09 PM
**To:** 'Beynon, Rebecca A.'; 'SERVICE PENCOM'
**Subject:** RE: PEM v. Pencom

Judge Infante is available the following days in September: 2, 3, 8-10, 15, 16 and 22-24.