# EXHIBIT M

LAW OFFICES OF
# BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

May 23, 2008

*Via Email* (servicepencom@khhte.com)

Rebecca Beynon
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC  20036

    Re:  *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
           Case No. C07 04231 CRB

Dear Rebecca:

    As I mentioned yesterday on the telephone, it is necessary that the current litigation schedule be altered. Both parties have always contemplated that a meaningful mediation should take place before incurring the major costs of the litigation. To that end, it was agreed that there would be just one preliminary round of discovery before mediation. At your suggestion, the mediation was scheduled to occur in mid-April of this year.

    As you know, we have obtained availability dates through the end of August from Judge Infante. None of them have been workable for you. No mediation will be possible until September 2008, five months later than contemplated by the original schedule.

    If the mediation results in a settlement, neither side needs to incur other costs. The present schedule sets many deadlines that trigger effort on the part of both parties. Many of the upcoming dates relate to claim construction:

| Date | Event |
|---|---|
| May 25, 2008 | Parties to Exchange Preliminary Claim Constructions and Extrinsic Evidence |
| July 7, 2008 | Parties to file Joint Claim Construction and Prehearing Statement (Including Points of Novelty) |
| August 6, 2008 | Parties Complete Claim Construction Discovery |

Rebecca A. Beynon
May 23, 2008
Page 2

| | |
|---|---|
| September 22, 2008 | Opening Claim Construction Briefs Filed |
| October 1, 2008 | Responsive Claim Construction Briefs Filed |
| October 8, 2008 | Replies in Support of Claim Construction Brief Filed |
| Week of October 20, 2008 (if appropriate) | Claim Construction Prehearing Conference |
| Week of October 27, 2008 | Claim Construction Hearing |

As it stands, it will not be possible to complete any discovery on claims construction. In fact, fact discovery is set to close November 28, 2008. It is impossible to complete discovery within the current timeframe.

So that each party can complete the first round of discovery and prepare for mediation without unnecessary distractions or running out of time to litigate, if that is required, Pencom proposes that we stipulate to a tolling of all of the currently scheduled dates for four months. That is, move each of the currently scheduled and pending deadlines out four months. Any other solution will place undue pressure on the litigation process and will not allow necessary time for discovery to be completed.

Since the Preliminary Claim Construction date is almost upon us, please let us know your response to the above proposal as quickly as you can.

Very truly yours,

BENJAMIN, WEILL & MAZER,
A Professional Corporation

By: _____
ANDREW J. WEILL

CC:   Pencom Service List (servicepencom@khhte.com)