# EXHIBIT N

**Elizabeth Blasier**

| | |
|---|---|
| **From:** | Beynon, Rebecca A. [RBEYNON@khhte.com] |
| **Sent:** | Tuesday, May 27, 2008 9:25 AM |
| **To:** | Blaiser, Elizabeth; SERVICE PENCOM |
| **Subject:** | RE: Pem v. Pencom |

Dear Andy:

We will shortly respond more fully to the issues raised in your letter of last Friday evening. We do not, however, believe that there is any need for the parties to delay the exchange of the Preliminary Claim Constructions and Extrinsic Evidence, which are due to be served today under the schedule entered by the Court. Accordingly, PEM intends to serve this document later today.

Regards,

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
Facsimile: (202) 326-7999

E-mail: rbeynon@khhte.com The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Elizabeth Blasier [mailto:elizabeth@bwmlaw.com]
**Sent:** Friday, May 23, 2008 6:10 PM
**To:** SERVICE PENCOM
**Subject:** Pem v. Pencom

Dear Ms. Beynon:

Attached please find correspondence dated May 23, 2008, from Andrew Weill.

Thank you,

*Elizabeth D. Blasier*
Legal Assistant
Benjamin, Weill & Mazer
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, CA 94104

Phone: (415) 421-0730
Fax: (415) 421-2355

6/5/2008