ANDREW J. WEILL (SBN 073093)
weill@bwmlaw.com
CAROLYN M. LEE (SBN 249889)
lee@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB (SBN146239)
mebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PENINSULA COMPONENTS, INC.,<br><br>Defendant. | Case No. C07 04231 CRB<br><br>**(PROPOSED) ORDER GRANTING MOTION, TO COMPEL MEDIATION, VACATE EXISTING SCHEDULING ORDER, AND STAY PROCEEDINGS**<br><br>**Hearing Date: July 11, 2008**<br><br>**Hearing Time: 10:00 a.m.** |

This matter came on for hearing on July 11, 2008, on Defendant Pencom's motion to compel mediation conducted through the court-sponsored ADR process without delay. Pencom also moved the Court to vacate the existing scheduling

ORDER TO COMPEL MEDIATION, VACATE EXISTING
SCHEDULING ORDER AND STAY PROCEEDINGS
Case No. 07-04231 (CRB)

1

order and stay further proceedings pending the outcome of mediation. Andrew J. Weill of Benjamin, Weill & Mazer APC appeared and argued in support of the motion. Rebecca Benyon of the firm Kellogg, Huber, Hanson, Todd, Evans & Figel, PLLC, appeared and argued in opposition to the motion.

The Court has read the papers submitted in support of and in opposition to the motion, and considered the arguments of counsel and the authorities cited to the court. Based on all facts in evidence and the arguments, the Court concludes that Defendant Pencom's motion to order the parties to mediation through the court's ADR process and to vacate the scheduling order and stay all further proceedings pending the outcome of mediation should be GRANTED.

IT IS ORDERED THAT:

1. The parties mediate their claims through the court-sponsored ADR process. Mediation will occur no later than August 11, 2008.

2. The parties will come before the Court for a Case Management Conference on August 25, 2008, to report progress in resolving the dispute between them. The parties shall submit a joint Case Management Conference Statement no later than one week prior to the Case Management Conference.

3. The scheduling order approved by this Court on February 29, 2008, is vacated. The parties will propose a revised discovery plan during the Case Management Conference to be held following mediation.

4. All further proceedings in this action are stayed pending mediation.

Dated: _____, 2008

Charles R. Breyer
United States District Judge