ANDREW J. WEILL (SBN 073093)
weill@bwmlaw.com
CAROLYN M. LEE (SBN 249889)
lee@bwmlaw.com
BENJAMIN, WEILL & MAZER
A Professional Corporation
235 Montgomery Street, Suite 760
San Francisco, California 94104
Telephone: (415) 421-0730

RICHARD A. NEBB (SBN146239)
rnebb@vierramagen.com
VIERRA MAGEN MARCUS & DENIRO LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 369-9660

Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PENN ENGINEERING & MANUFACTURING CORP., and PEM MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PENINSULA COMPONENTS, INC., <br><br> Defendant. | Case No. C07 04231 CRB <br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER COMPELLING MEDIATION, VACATING SCHEDULING ORDER, AND STAY** <br><br> **Hearing Date:  July 11, 2008** <br><br> **Hearing Time: 10:00 a.m.** |

////

////

////

1  Defendant Peninsula Components, Inc., hereby withdraws its Motion
2  for an order compelling mediation, vacating the scheduling order, and stay,
3  filed with this Court June 6, 2008.

6  Dated: June 20, 2008                    Respectfully submitted,

             /s/
Andrew J. Weill, State Bar No. 073093
BENJAMIN, WEILL & MAZER
A Professional Corporation
Attorneys for Defendant
PENINSULA COMPONENTS, INC.
D/B/A PENCOM

**BENJAMIN, WEILL & MAZER**
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL MEDIATION                              2
Case No. 07-04231 (CRB)