# EXHIBIT I

LAW OFFICES OF

# BENJAMIN, WEILL & MAZER

A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

August 6, 2008

Rebecca A. Beynon                                    *Via Email (servicepencom@khhte.com)*
Kevin B. Huff
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC  20036

Re:    *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
       Case No. C07 04231 CRB
       PEM Discovery Responses

Dear Rebecca:

There are a few loose ends requiring clarification as we prepare for mediation in this matter.

First, Pencom again requests that PEM provide its damages analysis.

Second, referring to your letter of May 29, 2008, there are several interrogatory responses that you indicated would be supplemented as necessary.  Those include Interrogatories Nos. 1, 4, 7, 10, 16, and 18.  As to all these items, please provide either (1) a supplemental answer or (2) a written statement that PEM has determined that no supplementation is needed at this time.

I'd appreciate these items by no later than August 14.  I'm scheduled to start my vacation on August 16, and I'd like to have this cleared up by then.

BENJAMIN, WEILL & MAZER,
A Professional Corporation

By: _____
· ANDREW J. WEILL