# EXHIBIT K

LAW OFFICES OF
# BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

August 7, 2008

Rebecca A. Beynon  *Via Email (servicepencom@khhte.com)*
Kevin B. Huff
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC  20036

    Re:    *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.*
            Case No. C07 04231 CRB
            PEM's Discovery Responses – Continued Failure to Provide Damages Computation

Dear Rebecca:

      With due respect, I disagree with PEM's position regarding its refusal to provide the damages information, as set forth in your letter of this morning. I believe PEM's position is unsustainable for reasons we have discussed over the phone and in prior correspondence. It is particularly regrettable that PEM's intransigence will lead to the parties going into mediation without Pencom being given the benefit of **any** calculation of damages by PEM.

      We consider that Pencom's meet and confer obligations are complete and will therefore bring a motion on this issue. I am thinking of setting the motion for the end of September or early October. Do you have a preference in that regard?

      If PEM is willing to moderate its position, we are of course available to discuss the matter further.

                                      BENJAMIN, WEILL & MAZER
                                      A Professional Corporation

                          By:_____
                                    ANDREW J. WEILL