1  ANDREW J. WEILL (SBN 073093)
2  weill@bwmlaw.com
   BENJAMIN, WEILL & MAZER
3  A Professional Corporation
   235 Montgomery Street, Suite 760
4  San Francisco, California 94104
   Telephone: (415) 421-0730
5

6  RICHARD A. NEBB (SBN146239)
   mebb@vierramagen.com
7  VIERRA MAGEN MARCUS & DENIRO LLP
   575 Market Street, Suite 2500
8  San Francisco, CA 94105
   Telephone:  (415) 369-9660
9

10 Attorneys for Defendant
   PENINSULA COMPONENTS, INC.
11 D/B/A PENCOM

12               **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**
15

16                                    )   Case No. C07 04231 CRB
   PENN ENGINEERING &                 )
17 MANUFACTURING CORP., and           )   **[PROPOSED] ORDER**
   PEM MANAGEMENT, INC.,              )   **GRANTING MOTION TO**
18                                    )   **COMPEL PLAINTIFFS TO**
                                      )   **PRODUCE DAMAGES**
19                        Plaintiffs, )   **ANALYSIS**
                                      )
20 v.                                 )
                                      )   **Hearing Date: October 10, 2008**
   PENINSULA COMPONENTS, INC.,        )
21                                    )   **Hearing Time: 10:00 a.m.**
                                      )
22                        Defendant.  )
                                      )
23

24        This matter came on for hearing on October 10, 2008, on Defendant

25 Pencom's Motion to Compel Plaintiffs to Produce Damages Analysis.

26        The Court has read the papers submitted in support of and in opposition to

27 the motion, and considered the arguments of counsel and the authorities cited to
28

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

BENJAMIN, WEILL & MAZER
A PROFESSIONAL CORPORATION
235 MONTGOMERY STREET, SUITE 760
SAN FRANCISCO, CA 94104
(415) 421-0730

1 | the Court. Based on all facts in evidence and the arguments, the Court concludes

2 | that Defendant Pencom's Motion to Compel Plaintiffs to Produce Damages

3 | Analysis should be GRANTED.

4 |     IT IS ORDERED THAT:

5 |     1.    PEM is to comply with its obligations under Federal Rule of Civil

6 | Procedure 26 and provide an adequate computation of damages for each category

7 | of damages it alleges no later than October ____, 2008.

8 |     2.    The stipulated Court schedule in place for this matter shall be

9 | postponed such that all dates are moved four months into the future to

10 | accommodate Pencom's need to conduct discovery on PEM's damages

11 | computation.

12 |     3.    If it is shown that the recent mediation was unsuccessful due to

13 | PEM's failure to provide a timely damages computation at the start of this

14 | litigation, PEM shall bear the cost of an additional mediation before Former

15 | Judge Infante no later than December 15, 2008.  Such a showing may be made by

16 | the lodging of declarations from the parties with this Court.

19 | Dated: _____, 2008

20 |                                  _____
Charles R. Breyer
21 |                                  United States District Judge