LAW OFFICES OF

# BENJAMIN, WEILL & MAZER

A PROFESSIONAL CORPORATION

Andrew J. Weill
ATTORNEY AT LAW
Certified Specialist in Taxation Law
California Board of Legal Specialization
State Bar of California

Russ Building
235 Montgomery Street
Suite 760
San Francisco, CA 94104

Voice (415) 421-0730
Fax (415) 421-2355
weill@bwmlaw.com

October 23, 2008

*efile & Chamber's Copy via Federal Express*
Honorable Charles R. Breyer
Courtroom 8, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Penn Engineering & Manufacturing Corp. v. Peninsula Components, Inc.,* Case No. C07 04231 CRB
            Action Settled by the Parties

Dear Judge Breyer:

      In the matter of the above-referenced case, counsel would like to advise the Court that the parties have settled their dispute and are in the process of performing according to the terms of their settlement agreement. The parties' agreement involves installment payments that will end no later than March 23, 2009. A Notice of Dismissal with prejudice has been prepared and is being held in escrow pending the final settlement payment, when the Notice will be filed with the Court.

      The parties request that all matters calendared in this action be stayed, in anticipation of their voluntary dismissal. We do not expect to require further assistance from the Court. Should the Court wish to calendar a follow-up conference in order to monitor the action, we suggest any date after mid-April 2009.

      Very truly yours,

      BENJAMIN, WEILL & MAZER,
      A Professional Corporation

      By:_____/s/_____
          ANDREW J. WEILL

Agreed: _____/s/_____
      Rebecca A. Beynon, Esq.
      Counsel for Plaintiffs

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Status Conference set for April 24, 2009 at 8:30 a.m.**